UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CANDICE BUCKNER,

                                            Case No.: 3:13-CV-578-TCJ-JRK

        Plaintiff,

v.
JOHN RUTHERFORD, in his
official capacity as Sheriff of Duval
County, Florida; OFFICER
CHALAS DEHLING, individually;
OFFICER KENNETH SPENCER,
individually; OFFICER DANNY
KNOWLES, individually; OFFICER
RICHARD VERCRUYSSE, individually;
OFFICER PAUL VOUTOUR,
individually; and OFFICER CHAD
COLLIER, individually,

        Defendants.
_____/

NOTICE OF FILING EXHIBITS TO INDIVDUAL
OFFICERS' RESPONSE TO PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT AND COUNTER-MOTION FOR SUMMARY JUDGMENT


       The Individual Officers hereby give notice that the following exhibits are filed contemporaneously with their Motion for Summary Judgment.  The Exhibits are attached as detailed below.

        A:     Media report of Buckner incident

        B:     Dehling Affidavit

        C:     Spencer Affidavit

        D:     Knowles Affidavit

        E:     Vercruysse Affidavit

        F:     Voutour Affidavit

G:    Collier Affidavit

Respectfully submitted,

ROBERT D. KLAUSNER
Florida Bar No. 244082
PAUL A. DARAGJATI
Florida Bar No. 713813
KLAUSNER,  KAUFMAN, JENSEN
AND LEVINSON,  P.A.
10059 N.W. 1st Court
Plantation, Florida 33324
Telephone:    (954) 916-1202
Fax:             (954) 916-1232

By: /s/  Paul A. Daragjati
     PAUL A. DARAGJATI
     Counsel for Individual Defendants

CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that on February 28, 2014 a true and correct copy of the foregoing
was filed with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is
being served this day on all counsel of record or pro se parties identified on the attached service
list in the manner specified, either via transmission of Notices of Electronic Filing or in some
other manner authorized for those parties of record who cannot receive electronically Notices of
Electronic Filing.
N/A

By:  /s/   Paul A. Daragjati
     PAUL A. DARAGJATI