# 6 Jacksonville firefighters reprimanded for risque stage behavior at charity benefit

**They broke department rules with risque stage behavior at a benefit.**

Posted: August 15, 2012 - 9:02am | Updated: August 16, 2012 - 5:58am

**J**
View this story on the All-Access Members site



**Eric Takeyama/Jacksonville.com**
It is not known whether the firefighters shown here are the six who will receive letters of reprimand from the department. Firefighters were auctioned off to benefit the Jason Bishop family during First Responder Appreciation Night at Whisky River. Men and women in partial firefighter turnout gear appeared on stage during the event.

By Dana Treen

Two Jacksonville fire department lieutenants and four other firefighters broke department rules with risque stage behavior at a recent charity benefit, their supervisors said.

Those being reprimanded, according to department spokesman Tom Francis, are:

Lieutenants Candice C. Buckner and Yasuko J. Kabisch, both eight-year veterans; eight-year engineer Kevin L. Hodges; two-year engineer William T. Spicer; six-year firefighter Joseph J. Gresser and three-year firefighter Charles M. Best.

The Times-Union requested the release of the names Tuesday.

See the Jacksonville.com photo gallery from the event
The firefighters were told that department rules were violated and their conduct was unbecoming of a public employee at a social gathering where they represented themselves as department employees without the permission of the chief or duty division chief.
They were among firefighters at an Aug. 2 benefit for the family of Jason Bishop, a firefighter who was killed when he fell from a tree while working in the backyard of a San Pablo home. He was off duty at the time.

The event at the Whisky River bar included firefighters on stage during a date-night auction. In photos posted online, one female firefighter was shown wearing firefighter bunker pants and suspenders that covered only her nipples. The photo has since been removed. Male firefighters were also seen in sexually suggestive poses.

dana.treen@jacksonville.com, (904) 359-4091


Read more at Jacksonville.com: http://jacksonville.com/news/crime/2012-08-15/story/6-jacksonville-firefighters-reprimanded-risque-stage-behavior-charity#ixzz2uZxbqWCX